255619 : ASKEW, DESHAON T

Location: W 2 1 37

Pulaski, AR

==10/4/2021   Invoice #1004==

| Code | Qty | Product | Price | Ext |
|---|---|---|---|---|
| 3040 | 2 | MS Iced Oatmeal 6 oz | 1.53 | 3.06 |
| 3248 | 2 | Duchess Cinnamon Roll 4 0z | 1.95 | 3.90 |
| 3585 | 3 | B.C. Summer Sausage 5 oz | 1.54 | 4.62 |
| 6001 | 2 | Ramen Shrimp 3 oz | 1.02 | 2.04 |
| 6002 | 2 | Ramen Beef 3 oz | 1.02 | 2.04 |
| 6052 | 2 | Ramen Hot & Spicy Veg. 3 oz | 1.02 | 2.04 |
| 6105 | 2 | BBQ Potato Chips 1.5 oz | 1.32 | 2.64 |
| 6159 | 2 | Flaming Hot Cheetos 1.75 oz | 1.32 | 2.64 |
| 6262 | 1 | Mayo 12pk | 1.54 | 1.54 |
| 6600 | 1 | Flour Tortillas 6ct | 2.00 | 2.00 |
| 6700 | 1 | Refried Beans 8 oz | 2.82 | 2.82 |

20 items

Delivered By: _____   Date: _____

Resident: _____   By signing, I authorize the deduction of funds from my account.

Start Balance: $40.17
Total Purchase: $29.34
End Balance: $10.83

# 255619 : ASKEW, DESHAON T

Location: W 2 1 37

Pulaski, AR                    9/27/2021    Invoice #993

| Code | Qty | Product | Price | Ext |
|------|-----|---------|-------|-----|
| 3040 | 2 | MS Iced Oatmeal 6 oz | 1.53 | 3.06 |
| 3585 | 2 | B.C. Summer Sausage 5 oz | 1.54 | 3.08 |
| 6001 | 1 | Ramen Shrimp 3 oz | 1.02 | 1.02 |
| 6002 | 1 | Ramen Beef 3 oz | 1.02 | 1.02 |
| 6026 | 1 | Ramen Chili 3 oz | 1.02 | 1.02 |
| 6052 | 1 | Ramen Hot & Spicy Veg. 3 oz | 1.02 | 1.02 |
| 6083 | 1 | White Chedder 5 oz | 3.03 | 3.03 |
| 6105 | 2 | BBQ Potato Chips 1.5 oz | 1.32 | 2.64 |
| 6159 | 2 | Flaming Hot Cheetos 1.75 oz | 1.32 | 2.64 |
| 6167 | 2 | Cheetos Cheese Crunchy 2 oz | 1.32 | 2.64 |
| 6262 | 2 | Mayo 12pk | 1.54 | 3.08 |
| 6600 | 1 | Flour Tortillas 6ct | 2.00 | 2.00 |

18 items

Delivered By: _____    Date: _____

Start Balance: $41.42
Total Purchase: $26.25
End Balance: $15.17

Resident: _____    By signing, I authorize the deduction of funds from my account.

Page 1 of 1

# 255619 : ASKEW, DESHAON T

Location: W 2 1 37

Pulaski, AR

9/20/2021   Invoice #984

| Code | Qty | Product | Price | Ext |
|---|---|---|---|---|
| 2330 | 1 | Kool Aid Tropical Mix 6 oz | 1.84 | 1.84 |
| 2334 | 1 | Kool Aid Cherry Mix 6 oz | 1.84 | 1.84 |
| 2737 | 2 | Frito Chili Cheese 2 oz | 1.32 | 2.64 |
| 3031 | 2 | MS Orange Pineapple Cremes 6 oz | 1.53 | 3.06 |
| 3248 | 2 | Duchess Cinnamon Roll 4 0z | 1.95 | 3.90 |
| 3270 | 2 | Cupcakes Choc Creme | 2.06 | 4.12 |
| 3585 | 4 | B.C. Summer Sausage 5 oz | 1.54 | 6.16 |
| 4321 | 2 | Doritos Nacho Cheese 1.75 oz | 1.32 | 2.64 |
| 56 | 1 | 4 oz Murrays Pomade | 2.71 | 2.71 |
| 6001 | 2 | Ramen Shrimp 3 oz | 1.02 | 2.04 |
| 6052 | 2 | Ramen Hot & Spicy Veg. 3 oz | 1.02 | 2.04 |
| 6079 | 2 | Whole Shabang Original 1.5 oz | 1.32 | 2.64 |
| 6083 | 1 | White Chedder 5 oz | 3.03 | 3.03 |
| 6105 | 2 | BBQ Potato Chips 1.5 oz | 1.32 | 2.64 |
| 6262 | 2 | Mayo 12pk | 1.54 | 3.08 |
| 6507 | 2 | Sliced Jalapenos | 1.02 | 2.04 |
| 6600 | 2 | Flour Tortillas 6ct | 2.00 | 4.00 |

32  items

Delivered By: _____   Date: _____

Start Balance:   $74.83
Total Purchase:  $50.42
End Balance:     $24.41

Resident: _____   By signing, I authorize the deduction of funds from my account.

# 255619 : ASKEW, DESHAON T

Location: W 2 1 37

Pulaski, AR    9/13/2021   Invoice #962

| Code | Qty | Product | Price | Ext |
|---|---|---|---|---|
| 2014 | 5 | French Vanilla Cappuccino .81 oz | 0.77 | 3.85 |
| 2070 | 5 | Hot Cocoa SS | 0.56 | 2.80 |
| 212 | 1 | Dly Bdy Coconut Lime 15 oz | 3.76 | 3.76 |
| 2330 | 1 | Kool Aid Tropical Mix 6 oz | 1.84 | 1.84 |
| 2334 | 1 | Kool Aid Cherry Mix 6 oz | 1.84 | 1.84 |
| 3004 | 3 | MS Peanut Butter Cremes 6 oz | 1.53 | 4.59 |
| 3030 | 1 | MS Vanilla Cremes 6 oz | 1.53 | 1.53 |
| 3585 | 3 | B.C. Summer Sausage 5 oz | 1.54 | 4.62 |
| 4100 | 1 | Butterscotch Discs | 1.73 | 1.73 |
| 6001 | 2 | Ramen Shrimp 3 oz | 1.02 | 2.04 |
| 6002 | 2 | Ramen Beef 3 oz | 1.02 | 2.04 |
| 6079 | 3 | Whole Shabang Original 1.5 oz | 1.32 | 3.96 |
| 6102 | 3 | Stuffed Jalapeno Potato Chips 1.5 oz | 1.32 | 3.96 |
| 6105 | 2 | BBQ Potato Chips 1.5 oz | 1.32 | 2.64 |
| 6159 | 2 | Flaming Hot Cheetos 1.75 oz | 1.32 | 2.64 |
| 6262 | 2 | Mayo 12pk | 1.54 | 3.08 |
| 6600 | 1 | Flour Tortillas 6ct | 2.00 | 2.00 |

38 items

Delivered By: _____   Date: _____

Start Balance: $69.19
Total Purchase: $48.92
End Balance: $20.27

Resident: _____   By signing, I authorize the deduction of funds from my account.

255619 : ASKEW, DESHAON T

Location: W 2 1 37

Pulaski, AR                              9/7/2021    Invoice #954

| Code | Qty | Product | Price | Ext |
|------|-----|---------|-------|-----|
| 3040 | 2 | MS Iced Oatmeal 6 oz | 1.53 | 3.06 |
| 3585 | 2 | B.C. Summer Sausage 5 oz | 1.54 | 3.08 |
| 6001 | 2 | Ramen Shrimp 3 oz | 1.02 | 2.04 |
| 6013 | 2 | Ramen Cajun Chicken 3 oz | 1.02 | 2.04 |
| 6079 | 5 | Whole Shabang Original 1.5 oz | 1.32 | 6.60 |
| 6083 | 1 | White Chedder 5 oz | 3.03 | 3.03 |
| 6102 | 5 | Stuffed Jalapeno Potato Chips 1.5 oz | 1.32 | 6.60 |
| 6105 | 2 | BBQ Potato Chips 1.5 oz | 1.32 | 2.64 |
| 6262 | 2 | Mayo 12pk | 1.54 | 3.08 |
| 6428 | 4 | Cheddar Cheese Squeeze 2 oz | 1.73 | 6.92 |
| 6600 | 2 | Flour Tortillas 6ct | 2.00 | 4.00 |

29 items

Delivered By: _____   Date: _____

Start Balance: $52.27
Total Purchase: $43.09
End Balance: $9.18

Resident: _____   By signing, I authorize the deduction of funds from my account.