# CERTIFICATE of ACHIEVEMENT



THIS ACKNOWLEDGES THAT

*Deshaon Askew*

HAS SUCCESSFULLY COMPLETED THE

Pulaski County Sheriff's Office C.S.I. Program

October 27, 2021

*Captain Kelly Paxson*
Captain Kelly Paxson

Community Focused     Safety Driven     Integrity Based

