IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA

VS.                                    4:20-CR-00046-01-JM

DESHAON TERRELL ASKEW

**ORDER**

For the reasons set out below, Defendant's Motion for Compassionate Release (Doc. No. 81) is DENIED.

On December 3, 2020, Defendant pled guilty to distribute and possession with intent to distribute methamphetamine.[1]   On August 20, 2021, she was sentenced to 87 months in prison.[2]

Defendant wants compassionate release because of COVID-19. This is not an "extraordinary and compelling" reason for relief.  Additionally, compassionate release is not warranted after consideration of the § 3553(a) factors – specifically the need for the sentence to reflect the severity of the offense and to protect the public from further crimes by Defendant.

IT IS SO ORDERED, this 30th day of August, 2022.

_____
UNITED STATES DISTRICT JUDGE

---

[1] Doc. Nos. 63, 64.

[2] Doc. Nos. 84, 85.